UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOAQUIN CHAVEZ-CARBAJAL, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 08mj0246 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  January 30, 2008         /s/ John C. Ellis, Jr.
JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
john_ellis@fd.org