PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                         )<br>        Plaintiff        )<br>                         )<br>                         )<br>vs.                      )<br>                         )<br>Diego Colio-Jimenez, et al. )<br>                         )<br>        Defendant(s)     )<br>_____) | CRIMINAL NO. __08cr300 DMS__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge)  **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Cecelia Lozano-Velasquez**

DATED: __2/25/08__

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082