1   MARILYN B. GUNNER--CA ST. BAR NO. 149540
    Attorney At Law
2   P.O. Box 605
    La Mesa, CA 91944
3   Telephone: 619-461-8716

4   Attorney for the Material Witness(es)

5

6

7

8                        **United States District Court**

9                       **Southern District of California**

10                         (Hon. Barbara L. Major)

11   UNITED STATES OF AMERICA,          )    Criminal Case No. 08CR0300DMS(BLM)
                                        )
12            Plaintiff,                )    **Notice Of Motion And Motion To Take**
                                        )    **The Videotape Depositions Of The Material**
13            v.                        )    **Witnesses And Thereafter Release Them**
                                        )    **From Custody**
14   DIEGO COLIO-JIMENEZ, et al.,       )
                                        )    Date:   April 3, 2008
15            Defendants.               )    Time:  9:00 a.m.
     _____   )    Judge: Barbara L. Major
16                                           Room: A

17

18

19

20

21

22                            **Notice Of Hearing**

23        On April 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, material

24   witnesses Damian Garcia-Garcia, Erika Garcia-Garcia, and Jane Doe(Nieves Montano-Salas) [the

25   "Material Witnesses"], by and through attorney Ned Lynch, specially appearing for attorney Marilyn

26   B. Gunner, will bring a motion for a court order to conduct videotaped depositions of the Material

27   Witnesses.  This motion will be heard by Hon. Barbara L. Major in Courtroom A of the U.S. District

28   Court for the Southern District of California.

1

**Motion**

2      The Material Witnesses, by and through attorney Ned Lynch, specially appearing for attorney

3  Marilyn B. Gunner, and pursuant to Federal Rules of Criminal Procedure 15 and 18 U.S.C. § 3144,

4  move this court for an order to take videotaped depositions of the Material Witnesses and thereafter

5  release them from custody at the conclusion of the depositions for their return to their home country.

6      This motion is based upon this notice, the memorandum of points and authorities filed in

7  support of this motion, the declaration of attorney Ned Lynch, the files and records in the case noted

8  above, and any and all other evidence and arguments that may be brought to the court's attention

9  prior to or during the hearing on this motion.

10

11  Dated: March 19, 2008          S/Ned Lynch
                                   Ned Lynch, specially appearing as the
12                                 attorney for the Material Witnesses
                                   E-mail: nedlynch@aol.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28