| | |
|---|---|
| 1 | MARILYN B. GUNNER--CA ST. BAR NO. 149540 |
|   | Attorney At Law |
| 2 | P.O. Box 605 |
|   | La Mesa, CA 91944 |
| 3 | Telephone: 619-461-8716 |
| 4 | Attorney for the Material Witness(es) |

**United States District Court**
**Southern District of California**
(Hon. Barbara L. Major)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0300DMS(BLM) |
| Plaintiff, | ) | **Certificate of Service by ECF** |
| v. | ) | |
| DIEGO COLIO-JIMENEZ, et al., | ) | |
| Defendants. | ) | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On March 19, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California.

**Document(s) Served**

1. Notice of Motion and Motion to Take the Videotaped Deposition of Material Witness and Thereafter Release Him From Custody

2. Points and authorities supporting that motion

3. Declaration of Attorney Ned Lynch supporting that motion

**Served On**

| | | |
|---|---|---|
| AUSA Christopher Alexander | Attorney Michael Littman | Attorney John Ellis |
| Office of the U.S. Attorney | (served via ECF) | Federal Defenders of San Diego |
| (served via ECF) | | (served via ECF) |

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: March 19, 2008                                s/Ned Lynch
                                                     Ned Lynch