# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                        Plaintiff    )
                               )
                               )
           vs.                )
                               )
Colio-Jimenez    )
                               )
            Defendant(s)    )
_____ )

CRIMINAL NO. 08 MJ 0746
                08 CR 0300-DMC

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as ~~a material witness~~ be released from custody: (Bond Posted / Case Disposed / Order of Court).

aka: Nieves Montano - Salas
JANE DOE
aka: Nieves Salas-Avalos

DATED: 4/18/08

*NOT IN USM CUSTODY
M/W ARR BY US BORDER PATROL

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk