MICHAEL LITTMAN
CA State Bar # 120625
105 West "F" St., 4th Flr.
San Diego, CA 92101
(619) 236-1030

Attorney for Defendant
DIEGO COLIO-JIMENEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0300-DMS |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| v. | ) | |
| | ) | |
| DIEGO COLIO-JIMENEZ, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The defendants, DIEGO COLIO-JIMENEZ and JOAQUIN CHAVEZ-
CARBAJAL, are currently in custody and scheduled to have a sentencing hearing in the
above-entitled matter on July 11, 2008 at 9:00 a.m.  Counsel for DIEGO COLIO-
JIMENEZ and JOAQUIN CHAVEZ-CARBAJAL as well as government counsel believe
it would be in the interests of justice to continue the sentencing hearing in this matter in
order to further discuss this matter and prepare which may result in a more favorable
sentencing in this matter.

Therefore, the parties jointly request and agree as follows:

1.    The defendants' sentencing hearings shall be continued from July 11, 2008 at 9:00
       a.m. to August 15, 2008 at 9:00 a.m.

2.    The time is excludable pursuant to the Speedy Trial Act.

1

2

Respectfully submitted,

3

4    DATED: July 3, 2008

5

s/Michael Littman
Attorney for Defendant
DIEGO COLIO-JIMENEZ

6    DATED: July 3, 2008

7

s/John C. Ellis, Jr.
Attorney for Defendant
JOAQUIN CHAVEZ-CARBAJAL

8

9

KAREN P. HEWITT, U.S. ATTORNEY

10

11    DATED: July 3, 2008

12

BY:s/Christopher Alexander
Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28